| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 22 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| OSURE BROWN, | No. 22-35244 |
| Plaintiff-Appellant, | D.C. No. 2:20-cv-00669-DGE<br>Western District of Washington,<br>Seattle |
| v. | |
| TRANSWORLD SYSTEMS, INC.; et al., | ORDER |
| Defendants-Appellees. | |

Before: W. FLETCHER, PAEZ, and VANDYKE, Circuit Judges.

Appellant's petition for panel rehearing is DENIED.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed R. App. P. 35. The petition for rehearing en banc is DENIED.